# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| RAYMOND FLOYD, Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-30 |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2015 Order.

August 18, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court